IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FRELANDRA WOMACK
ADC #712971                                                    PLAINTIFF

v.                              No. 4:26-cv-390-DPM

TERESA HOWELL, Prosecuting Attorney,
Hot Spring County; JARED DAVIS,
Deputy Prosecuting Attorney, Hot Spring
County; GREGORY CRAIN, Public
Defender; HOT SPRING COUNTY
SHERIFF'S DEPARTMENT; and DOE,
Jail Administrator, Hot Spring County            DEFENDANTS

ORDER

Womack submitted this 42 U.S.C. § 1983 case for filing in this district.  From the facts that she alleged and the defendants that she named, venue properly lies in the District Court for the Western District of Arkansas.  28 U.S.C. § 1391(b).  The Court finds that the interests of justice would be best served by transferring this case.  28 U.S.C. § 1406(a).  The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is also in the Eighth Circuit.  *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

-2-

So Ordered.

_WPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_13 May 2026_